**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:20-cv-23728-KMW**

AMERICAN TECHNOLOGY VENTURES, LLC,
and DEVOLRO INC.

      Plaintiffs,

vs.

EDUARD ORLOV and
DEVOLRO GROUP LLC
      Defendants.
_____/

**MOTION FOR PERMISSION TO FILE COMPLAINT EXHIBITS**

Plaintiff American Technology Ventures, LLC., and Devolro Inc. ("American Technology" or "Plaintiff"), by and through its undersigned counsel, files this Motion for Permission to File Complaint Exhibits and states as follows:

Plaintiff filed the Complaint in this action on September 8, 2020. *See* Complaint, ECF No. 1. Plaintiff pled causes of action for copyright infringement, trademark infringement, unfair competition, false designation of origin, and unfair trade practices. The Complaint was filed by Plaintiff's legal assistant and she, accidently, did not attach the exhibits—cited as Exhibits 1 through 6 in the Complaint—to the filing. The Complaint itself does not need to be amended. Lastly, Defendants have not and will not be prejudiced as this is a simple clerical mistake.

For the reasons set forth above, Plaintiff requests that this Motion for Permission to File Complaint Exhibits be granted.

2

Dated: September 8, 2020                    Respectfully submitted,


                                            /s/ Chris Sanchelima, Esq.
                                            Chris Sanchelima, Esq. (Fla. Bar No.  107751)
                                            Email: chris@sanchelima.com
                                            Sanchelima & Associates, P.A.
                                            235 S.W. Le Jeune Road
                                            Miami, Florida 33134
                                            Telephone:  (305) 447-1617
                                            Facsimile:  (305) 445-8484
                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 8, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Christian Sanchelima*
Christian Sanchelima, Esq.