# Exhibit "1"

# United States of America
## United States Patent and Trademark Office

# DEVOLRO

| | |
|---|---|
| **Reg. No. 4,331,785** | DEVOLRO, INC. (FLORIDA CORPORATION) |
| **Registered May 7, 2013** | 1221 BRICKELL AVE., SUITE 900<br>MIAMI, FL 33131 |
| **Int. Cl.: 12** | FOR: VEHICLE PARTS, NAMELY, BUMPERS, SUSPENSION SYSTEMS AND LIFT KITS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44). |
| **TRADEMARK** | FIRST USE 12-1-2011; IN COMMERCE 12-1-2011. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SER. NO. 85-726,802, FILED 9-12-2012. |
| | RAUL CORDOVA, EXAMINING ATTORNEY |



Acting Director of the United States Patent and Trademark Office