# Exhibit "4"

900541241     03/20/2020

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1                                                                 ETAS ID: TM568060
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Devolro, Inc. | | 03/20/2020 | Corporation: FLORIDA |

**RECEIVING PARTY DATA**

| Name: | Eduard Orlov |
|---|---|
| Street Address: | 1557 Mariner Way, |
| City: | Hollywood |
| State/Country: | FLORIDA |
| Postal Code: | 33019 |
| Entity Type: | INDIVIDUAL: RUSSIAN FEDERATION |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 4331785 | DEVOLRO |

**CORRESPONDENCE DATA**
Fax Number:      2016046775

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*
Phone:      2014911464
Email:      sorel@sergei-orel.com
Correspondent Name:      Sergei Orel, Esq.
Address Line 1:      2125 Center Avenue, Suite 616
Address Line 4:      Fort Lee, NEW JERSEY 07024

| NAME OF SUBMITTER: | Sergei Orel |
|---|---|
| SIGNATURE: | /Sergei Orel/ |
| DATE SIGNED: | 03/20/2020 |

**Total Attachments: 1**
source=Signed_Assignment#page1.tif

OP $40.00 4331785

900541241

TRADEMARK
REEL: 006896 FRAME: 0518

**TRADEMARK ASSIGNMENT**
**(ASSIGNMENT OF TRADEMARK REGISTRATION)**

Whereas, Devolro, Inc., a Florida corporation, having its address at 1221 Brickell Ave., Suite 900 Miami FLORIDA 33131, hereafter referred to as "Registrant", is the current owner of the following US trademark registration that has been registered with the USPTO for the following trademark.

DEVOLRO, Reg. No. 4331785;

Whereas, Eduard Orlov, a citizen of the Russian Federation, having his address at 1557 Mariner Way, Hollywood, FL 33019, hereafter referred to as "Assignee", is desirous of acquiring the entire right, title and interest in the trademark and in the good will and in the business associated with the said trademark DEVOLRO.

Now, therefore, in consideration of the sum of one dollar ($1), the receipt whereof is acknowledged, and other good and valuable consideration, I, the Registrant, by these presents do sell, assign and transfer unto said Assignee the full and exclusive right to the said trademark "DEVOLRO" in the United States, and in the good will and in the business associated with the said was granted therefor in the United States. I hereby authorize and request the Director of the U.S. Patent and Trademark Office to record Eduard Orlov as the new Assignee owner of the trademark registration DEVOLRO, Reg. No. 4331785, as the Assignee of the entire right, title, and interest in, and to the same, and in the business of the Registrant, for his sole use and benefit; and for the use and benefit of his legal representatives, to the full end of the term for which said trademark registrations is granted, as fully and entirely as the same would have been held by us had this assignment and sale not been made.

Devolro, Inc.:

Signed by: x_____
Printed Name: __Eduard Orlov_____
Director of Devolro, Inc.

_____March 20, 2020_____
Date

RECORDED: 03/20/2020

TRADEMARK
REEL: 006896 FRAME: 0519