# Exhibit "6"

900558144     07/09/2020

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  ETAS ID: TM585751
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| --- | --- |
| NATURE OF CONVEYANCE: | NUNC PRO TUNC ASSIGNMENT |
| EFFECTIVE DATE: | 02/04/2013 |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
| --- | --- | --- | --- |
| Eduard Orlov | | 07/09/2020 | INDIVIDUAL: RUSSIAN FEDERATION |
| Devolro, Inc. | | 07/09/2020 | Corporation: FLORIDA |
| Eduard Orlov as President of Devolro, Inc. | | 07/09/2020 | Corporation: FLORIDA |

**RECEIVING PARTY DATA**

| Name: | Devolro Group, LLC |
| --- | --- |
| Street Address: | 1048 NW 1st Court |
| City: | Hallandale Beach |
| State/Country: | FLORIDA |
| Postal Code: | 33009 |
| Entity Type: | Limited Liability Company: FLORIDA |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number | Word Mark |
| --- | --- | --- |
| Registration Number: | 4331785 | DEVOLRO |

**CORRESPONDENCE DATA**

Fax Number:     2016046775

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*
Phone:     2014911464
Email:     sorel@sergei-orel.com
Correspondent Name:     Sergei Orel
Address Line 1:     2125 Center Avenue,
Address Line 2:     Suite 616,
Address Line 4:     Fort Lee, NEW JERSEY 07024

| NAME OF SUBMITTER: | Sergei Orel |
| --- | --- |
| SIGNATURE: | /Sergei Orel/ |
| DATE SIGNED: | 07/09/2020 |

Total Attachments: 2

OP $40.00 4331785

900558144

TRADEMARK
REEL: 006995 FRAME: 0622

source=nunc pro tunc assignment-Devolro_signed#page1.tif
source=nunc pro tunc assignment-Devolro_signed#page2.tif

**TRADEMARK**
**REEL: 006995 FRAME: 0623**

NUNC PRO TUNC ASSIGNMENT OF UNITED STATES TRADEMARK
AND REGISTRATION THEREFOR

**WHEREAS**, Eduard Orlov, an individual, a citizen of the Russian Federation, residing at 1557 Mariner Way, Hollywood, FL 33019; hereinafter referred to as "Brand Creator" and/or "Brand Owner"; and Devolro, Inc., a Florida Corporation, having its address at 1557 Mariner Way Hollywood FLORIDA 33019, hereafter referred to as "Registrant", and Eduard Orlov as the President of Devolro, Inc., a Florida Corporation, having his work address as President at Devolro, Inc., at 1557 Mariner Way Hollywood FLORIDA 33019, with all three hereafter collectively referred to as "Assignors", sign this NUNC PRO TUNC ASSIGNMENT of the following US trademark registration that has been registered with the USPTO for the following trademark in order to confirm the original Assignment of February 4, 2013:

| MARK | REG. NO. | DATE REGISTERED |
|---|---|---|
| DEVOLRO | 4331785 | May 7, 2013 |

**WHEREAS**, Devolro Group, LLC, a Florida Limited Liability Company, currently having its address at 1048 NW 1st Court, Hallandale Beach, FL 33009, hereafter referred to as "Assignee", acquired the entire right, title and interest in the trademark and in the good will and in the business associated with the said trademark DEVOLRO back on February 4, 2013, as described herein, and pursuant to the terms of The Operating Agreement of Devolro Group, LLC, dated February 4, 2013, and signed by Oleg Lisitsyn, as a Member and Owner of Devolro Group, LLC, and Eduard Orlov, as a Member and Owner of Devolro Group, LLC.

**WHEREAS**, on February 4, 2013, Eduard Orlov, individually, and as President of Devolro, Inc., as one entity, and Devolro, Inc., as a Florida Corporation, as another entity, both as Assignors, assigned all right, title and interest in and to said mark, the registration therefor, and the goodwill of the business symbolized by the DEVOLRO mark, by way of his share of contribution to Devolro Group, LLC, a Limited Liability Company, organized under the laws of the State of Florida, which was then at that time on February 4, 2013, located and was doing business at 15431 W Dixie Hwy

Bay, 48, North Miami Beach, FL 33162, and which is currently located and doing business at 1048 NW 1st Court, Hallandale Beach, FL 33009.

**NOW THEREFORE**, Eduard Orlov, individually, and Eduard Orlov in his capacity as the President of Devolro, Inc., and Devolro, Inc., as a Florida corporation, do hereby confirm the assignment of all right, title and interest in and to said mark, the registration therefor, and the goodwill of the business symbolized by the mark, unto Devolro Group, LLC.

If it is determined by a court or tribunal that one or more of the Assignors may not have had the right or authority to execute or effect the said Assignment, such determination shall not disqualify or render invalid the whole Assignment, as long as at least one Assignor had the right and authority to execute such Assignment.

**ASSIGNORS:**

Dated: July 9, 2020                            x_____
                                               Eduard Orlov, Personally, Assignor

Dated: July 9, 2020                            x_____
                                               Eduard Orlov, as President of and on behalf of
                                               DEVOLRO INC., Assignor

Dated: July 9, 2020                            x_____
                                               Eduard Orlov, as Owner and Manager of and on
                                               behalf of DEVOLRO GROUP, LLC, Assignor

**ASSIGNEE:**

Dated: July 9, 2020                            x_____
                                               Eduard Orlov, as Owner and Manager of and on
                                               behalf of DEVOLRO GROUP, LLC, Assignee