UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-23728-KMW

AMERICAN TECHNOLOGY VENTURES, LLC,
and DEVOLRO INC.

  Plaintiffs,

v.

EDUARD ORLOV and
DEVOLRO GROUP LLC

  Defendants.
_____

EDUARD ORLOV and
DEVOLRO GROUP LLC

  Counterclaim-Plaintiff,

v.

AMERICAN TECHNOLOGY VENTURES, LLC,
and DEVOLRO INC.

  Counterclaim-Defendants

VASILII BOBKOV

  Third-Party Defendant.
_____/

## NOTICE OF ENTRY OF PARTIES LISTED

Plaintiffs/Counter-Defendants, American Technology Ventures, LLC ("ATV") and Devolro Inc. ("Devolro"), and Third-Party Defendant Vasilii Bobkov ("Bobkov") (collectively, "Counter-Defendants"), through their undersigned counsel, give notice of entry of Mediator in the instant case:

David H. Lichter, Esq.
Lichter Law Firm
2999 N.E. 191st Street, Suite 330
Aventura, Florida 33180

Counter-Defendants hereby request that David H. Lichter, Esq. be added to the docket as the Mediator in this case.

Dated: January 14, 2021				Respectfully submitted,

					*/s/ Christian Sanchelima*
					Christian Sanchelima, Esq.
					Florida Bar No. 107751
					Email: chris@sanchelima.com
					Sanchelima & Associates, P.A.
					235 S.W. Le Jeune Road
					Miami, Florida 33134
					Telephone: (305) 447-1617
					Facsimile: (305) 445-8484
					*Attorneys for Plaintiffs/Counter-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Christian Sanchelima*
Christian Sanchelima, Esq.

## SERVICE LIST

**American Technology Ventures, LLC, et. al. v. Orlov, et. al.**
**Case No. 20–cv-23728-KMW**
**United States District Court, Southern District of Florida**

Steven I. Peretz, Esq.
Fla. Bar Number: 329037
Peretz Chesal & Herrmann PL
1 S.E. 3rd Avenue
Suite 1820
Miami, Florida 33131
Phone: (305) 341-3000
Fax: (305) 371-6807
Email: speretz@pch-iplaw.com